**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. 25-cr-00096-TDC** |
| **JAMES E. MCCOLLUM** | * | |

**EXHIBIT LIST**

| Exhibit | Description |
|---------|-------------|
| A | ███████████████████████████████ |
| B | █████████████████████████████████████ |
| C | Character letters |
| D | Allocution of James E. McCollum |
| E | *HU and NAACP call for more minority clerkships*, Michigan Chronicle (Nov. 3, 1999 |
| F | Board of Public Works Recommendation (May 17, 2023) |
| G | Board of Public Works Minutes (Dec. 13, 2023) |
| H | ██████████████████████████ |
| I | MD Disbarment Order |
| J | DC Disbarment Order |
| K | Compilation of Press |