# EXHIBIT

# D

My name is James Earl McCollum, Jr.  I am seventy years old.

I apologize to the Court, the United States Government, and to everyone involved.

I failed to file all of my tax returns, to pay all of my taxes and to pay the taxes withheld from my employees' paychecks.  I understand that our tax system relies on voluntary compliance, and that I failed in this regard.  The taxes withheld from my employees' pay should have been forwarded and deposited to the government.  When I used that money to keep the firm going, I made terrible decisions.  I practiced law with my own law firm starting in 1988.  It was a great honor to practice law, to represent my clients, to help people with their problems and to train others about practicing law.  Business was up and down, but that does not excuse my failures.

I am sorry for the wrongs that I committed.  I understand that the United States government is a victim, as well as some of my former employees and citizen taxpayers.

This painful, humiliating and stressful situation that I created has caused an acute negative impact on my family, as well as the loss of my legal career.

I am committed to spending the rest of my life to paying off the tax debt and penalties.

Why did this happen?  I am still trying to answer this question. I have been evaluated psychologically.  I was working six days a week trying to keep the firm going, to serve my clients, to keep my employees employed and to take care of my family.  I know that I got behind and that I thought that I could solve the problem, as I had solved the problems of many, many other persons.  I was in contact with the IRS and thought that we had reached an agreement regarding a payment plan.  Obviously, my judgment was incorrect.

I have released all of my former employees, closed my practice and surrendered my law licenses. Fortunately, I have obtained employment.  I am prepared to obtain additional employment so that I have the money necessary to make restitution and to repair the financial damage that I have caused.

In addition, as long as God wakes me up, I plan to continue to support my family, to take care of my wife and daughter, to help other persons with my time, talents and treasures, and to do whatever God wants me to do.

I am sorry.