# EXHIBIT

# E

Case 8:25-cr-00096-TDC    Document 26-6    Filed 12/23/25    Page 2 of 2

# HU and NAACP call for more minority clerkships

Howard University School of Law Dean Alice Gresham Bullock recently voiced the school's strong support of NAACP President Kweisi Mfume's call for increasing the number of African Americans and racial minorities in U.S. Supreme Court clerkships.

According to Dean Bullock, who recently gave the annual Donahue lecture on racism in the U.S. justice system, "the faculty and students of Howard University School of Law call for the immediate remediation of such exclusivity and for the provision of equal opportunity at every level of the U.S. legal system. Most important," she added, "we call for this necessary measure of equality and fairness to be modeled by the nation's highest court.

The absence of racial minorities in U.S. Supreme Court clerkships betrays the Court's history of rulings against discrimination in matters of racial and social justice, particularly in the area of employment law. It is an issue of fundamental justice."

Bullock said that the absence of minorities in these positions could be predicated upon the Court's presumption of a lack of qualified individuals to fill them. "Such thinking is myopic and without merit," she rebuffed.

"At least 18 percent of Howard University's 1998 law graduates went to judicial clerkships. James McCollum, a 1983 graduate, clerked for U.S. Supreme Court Justice Stevens. He is the only graduate of an HBCU in law school to clerk at the U.S. Supreme Court. "Our School of Law has traditionally fostered, encouraged and commanded this caliber of excellence.

I firmly believe that other non-elite law schools, especially the nation's Historically Black Colleges and Universities, do so as well. That such legal talent is underappreciated is an affront to the very notion of equity. The Justices ought not set themselves above the law or criticism."

In addition to stellar legal professionals such as Thurgood Marshall, Vernon Jordan, David Dinkins and others, Howard University's legal alumni include: Donald Remy, deputy assistant attorney on the Branch Davidian investigation; Kasim Reed, Georgia State Representative and partner at Paul, Hastings, Janofsky and Walker, LLP; G. William Hunter, former U.S. Attorney (San Francisco) and currently executive director, NBA Players' Association:

James McCollum, former U.S. Supreme Court clerk and partner in the law firm McCollum and Associates; Weldon Latham, partner at Shaw Pittman Law Firm and significant Democratic Party fundraiser; Cornell Moore, partner at Dorsey and Whitney (Minnesota) and part owner of the Minnesota Vickings; Howard University President H. Patrick Swygert; Montgomery County, Maryland, Council President Isiah Leggett; and Vicki Miles LaGrange, U.S. District Court Judge for Oklahoma.

In 1998, U.S. News & World Report placed the school among the nation's top 25 best law schools. In what was called a "real world" approach to measuring the success of U.S. law schools, the April 1998 issue of The American Lawyer surveyed the nation's top 100 law firms and Howard University was ranked 27th among the 150 producers of graduates hired by those firms.

Located in the nation's capital, Howard University School of Law was founded in 1869, and has traditionally been referred to as the West Point of the Civil Rights Movement." Today, the school is preparing its 450 students to continue the struggle for justice in America and around the globe.

"The struggle continues," says Bullock, "but more and more it has become a struggle for economic justice. The exclusion of minorities from U. S. Supreme Court clerkship is yet another manifestation of this crisis."

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.