# EXHIBIT

# G

presents this Governor's Citation to Cindy Kollner.  Be it known that on behalf of the citizens of this State, in recognition of your contributions and dedication at the Department of Budget and Management, we thank you.  You have been a stellar leader over the past 33 years in service to the State of Maryland as Executive Director of the Office of Personnel Services and Benefits for the past 17 years. Your long list of accomplishments and large scale projects do not go unnoticed, as recent and most notably your work with the administration's effort to rebuild State Government.  You have been a valuable resource and asset and friend.  With gratitude, we are pleased to confer upon you this Governor's Citation signed by Secretary of State Susan Lee, Lieutenant Governor Aruna Miller, and Governor Wes Moore.  Bless you.

(Applause.)

GOVERNOR MOORE: Thank you all.  And with that, we'll get on with the business of the day and we'll start off with the Secretary's Agenda. Secretary Gontrum, good morning.

SECRETARY GONTRUM: Good morning, Governor, and to you, Mr. Treasurer and to you, Madam Comptroller.  There are 22 items on the Secretary's Agenda this morning and two reports of emergency procurements.  At the request of the Department of General Services, however, I am withdrawing emergency procurement report A1.  I'm happy to assist with answering any questions.

GOVERNOR MOORE: Great.  Thank you so much, Mr. Secretary.  I would like to call up Items 21 and 22, which collectively authorizes over $442,000 in compensation and benefits through the Walter Lomax Act to Mr. Grant Jones for being wrongfully charged, convicted, and incarcerated for a

crime he did not commit. In April 1993, Mr. Jones was convicted by the Wicomico County Circuit Court of assault and intent to rape, attempted rape, assault and battery, for an alleged attack in Salisbury that occurred in 1992. He was released on parole in December of 1996, having spent more than 1,333 days behind bars for heinous crimes that he did not commit. His conviction was overturned in 2005 and almost 30 years after his conviction, thanks to the leadership of Wicomico County State's Attorney Jamie Dykes and her team, Mr. Jones was finally exonerated when the State successfully petitioned to vacate the wrongful 1993 conviction.

Mr. Jones is with us today. Mr. Jones, we are honored by your presence today. And while no amount can ever make up for what has been taken from you, the action that this Board is taking today represents a formal acknowledgment from the State that injustice has happened, and we're sorry. We had the, myself, the Comptroller, the Treasurer, the Lieutenant Governor, and our teams, had a chance to spend some time with Mr. Jones earlier. And I say the strength that you show, the compassion that you still feel, frankly, Mr. Jones, the compassion that you show is showing a measure of strength that I wish I had. We're grateful for you and we are so sorry about the way that the State has harmed you and your family. And we hope that today can be just a first step to show that we intend to make right. We're thankful for your work and partnership to ensure that this doesn't happen anymore.

As the Governor of this State and as a Marylander, I am truly sorry for the injustice that you have been subjected to. My colleagues might recall Mr. David Veney, who is also with us today, who received Lomax Act compensation award earlier this year. It should be noted that the same person that falsely

accused Mr. Jones, also falsely accused Mr. Veney and resulted in his wrongful conviction and incarceration as well.

Mr. Veney, I just want to say thank you. Because you are another person who has turned your pain into progress and turned your pain into a push for all of us to be better. And Mr. Jones was mentioning earlier that you have been with him every step of the way, which shows the measure of love that you continue to exude. To both of you, Mr. Jones, I know we were talking earlier about the Book of Job, one of the most, a book that I lean on oftentimes, and I tell you, you have the strength of Job, my friend, and I'm honored to be your friend.

These exonerations, initiated by the State's Attorney's Office and marked by the first two prosecutor led exoneration efforts in the Eastern Shore, and only the second and third in Maryland's history, the work of the State's Attorney's Office in pursuing the truth and delivering justice deserves our praise and deserves our gratitude. And joining us today is Mr. Patrick Gilbert, who is the Chief of the State's Attorney's Office Prosecution Integrity Unit, and Ms. Tracy Majors, an investigator within the State's Attorney's Office. They both played an integral role in exonerating Mr. Jones. And I want to recognize them and thank them for their commitment and their unrelenting pursuit of justice. And by the way, I want to make a note, to show the level of commitment, Mr. Gilbert was actually the one who drove in, who drove Mr. Jones in earlier today as well. So thank you both. And please pass on our heartfelt thanks to Ms. Dykes as well, and the entire team.

Is there any further discussion on the Secretary's Agenda?

COMPTROLLER LIERMAN: No. I echo everything that you said. Thank you for being here. We're so sorry this happened, and I'm glad that