# EXHIBIT

# J



THIS REPORT IS NOT A FINAL ORDER OF DISCIPLINE*

Issued
August 27, 2025

DISTRICT OF COLUMBIA COURT OF APPEALS
BOARD ON PROFESSIONAL RESPONSIBILITY

| | | |
|---|---|---|
| In the Matter of: | : | |
| | : | |
| JAMES E. McCOLLUM, JR., | : | |
| | : | Board Docket No. 25-BD-053 |
| Respondent. | : | Disciplinary Docket No. 2025-D141 |
| | : | |
| A Member of the Bar of the | : | |
| District of Columbia Court of Appeals | : | |
| (Bar Registration No. 398117) | : | |

REPORT AND RECOMMENDATION
OF THE BOARD ON PROFESSIONAL RESPONSIBILITY

This matter is before the Board on Professional Responsibility (the "Board") on the Motion of Disciplinary Counsel to Accept Respondent's Consent to Disbarment pursuant to D.C. Bar R. XI, § 12(a) and Board Rule 16.1. Respondent's affidavit consenting to disbarment, executed on August 20, 2025, is attached to Disciplinary Counsel's motion.

The Board, acting through its Chair, and pursuant to D.C. Bar R. XI, § 12(b) and Board Rule 16.2, has reviewed Respondent's affidavit consenting to disbarment and finds that it conforms to the requirements of D.C. Bar R. XI, § 12(a). Accordingly, the Board recommends that the Court enter an order disbarring Respondent on consent pursuant to D.C. Bar R. XI, § 12(b).

* Consult the 'Disciplinary Decisions' tab on the Board on Professional Responsibility's website (www.dcattorneydiscipline.org) to view any prior or subsequent decisions in this case.

The Board further recommends that in the Court's order of disbarment, Respondent be reminded of the provisions of D.C. Bar R. XI, §§ 14 and 16, including the requirement to file the affidavit under D.C. Bar R. XI, § 14(g), and that the period of disbarment will not be deemed to run for purposes of reinstatement until a compliant affidavit is filed.[1]  *See* D.C. Bar R. XI, § 16(a); *In re Slosberg*, 650 A.2d 1329, 1331-33 (D.C. 1994).

BOARD ON PROFESSIONAL RESPONSIBILITY

By: _Robert L. Walker_____

Robert L. Walker
Chair

---

[1] Pursuant to Board Rule 9.8(a), Disciplinary Counsel's motion has provided Respondent with notice of Disciplinary Counsel's intent to present evidence of unadjudicated acts at any future reinstatement hearing