# EXHIBIT

# K

**Business & Practice**

# Maryland Attorney Pleads Guilty to Not Paying Employment Taxes

April 22, 2025, 10:31 AM EDT

A Maryland attorney, James McCollum Jr., pleaded guilty to not paying employment taxes withheld from the employees of his law firm and not filing his own individual income tax returns, the Justice Department announced Monday.

According to the DOJ, McCollum was the sole proprietor of a law firm based in College Park, Md., which he operated under various business names from 1998 to 2024. Despite being responsible for withholding and paying over Social Security, Medicare, and federal income taxes from his employees' wages, McCollum frequently failed to do so, accumulating at least approximately $2.1 million in unpaid employment taxes …

© 2025 Bloomberg Industry Group, Inc.   All Rights Reserved

 Select Region or Brand

Manage account (https://bridgetower.dragonforms.com/loading.do?omedasite=BRDG_TDRMD_custserv)

Sign In (/user-login/)

# MARYLAND
# THE DAILY RECORD (/)
YOUR TRUSTED SOURCE OF BUSINESS, LEGAL AND GOVERNMENT NEWS SINCE 1888.

Upcoming Event
**EMPOWERING WOMEN**

**FREE NEWSLETTER (/EMAIL-NEWSLETTERS/)**

**SUBSCRIBE (/SUBSCRIBE/)**

Law (/category/law/) | Business (/category/business/) | Government (/category/government/) | Events (/events/) | Verdicts & Settlements (https://thedailyrecord.com/law-verdicts-and-settlements/) | Public Notices (https://thedailyrecord.com/public-notice/) | Press Releases (https://thedailyrecord.com/movers-shakers-submission/) | Advertising (https://thedailyrecord.com/adv) | Search

Webinar by JURO — Masterclass: how to review & redline contracts safely with AI agents — Watch Now On-Demand — Access the Recording Now

Home(/)   >   Appellate Courts(Https://Thedailyrecord.Com/Category/Appellate-Courts/)   >
College Park lawyer disbarred after failing to pay millions in employment taxes

# College Park lawyer disbarred after failing to pay millions in employment taxes

Rachel Konieczny (https://thedailyrecord.com/author/rachelkonieczny/)  //  August 6, 2025  //  **2 Minute Read**

 (mailto:?subject=College Park lawyer disbarred after failing to pay millions in employment taxes&body=A College Park attorney has agreed to be disbarred in Maryland after having pleaded guilty earlier this year for not paying more than $2 million in employment taxes withheld from... You can read the content in details following link https%3A%2F%2Fthedailyrecord.com%2F2025%2F08%2F06%2Fmaryland-attorney-disbarred-tax-crime%2F)

(https://www.linkedin.com/shareArticle?url=https://thedailyrecord.com/2025/08/06/maryland-attorney-disbarred-tax-crime/&title=College Park lawyer disbarred after failing to pay millions in employment taxes)

▶ Listen to this article

---

**Key takeaways**
- James McCollum Jr. disbarred by consent in Maryland
- Pleaded guilty to not paying $2M+ in withheld employment taxes
- Violated professional misconduct rules under Maryland law
- Faces up to 5 years in prison at September sentencing

---

A College Park attorney has agreed to be disbarred in Maryland after having pleaded guilty earlier this year for not paying more than $2 million in employment taxes withheld from the employees of his law firm over the course of 24 years.

In an order filed last week, the Maryland Supreme Court (https://thedailyrecord.com/tag/maryland-supreme-court/) granted James McCollum, Jr. and the Maryland Attorney Grievance Commission (https://thedailyrecord.com/tag/attorney-grievance-commission/)'s joint petition for disbarment (https://thedailyrecord.com/tag/disbarment/) by consent, writing McCollum violated Rules 19-308.4(a-d) of the Maryland Rules of Professional Conduct.



The four rules pertain to professional misconduct, including the prohibition for lawyers to "commit a criminal act that reflects adversely on the attorney's honesty, trustworthiness or fitness as an attorney in other respects" or engage in conduct involving dishonesty, fraud, deceit or misrepresentation.

The order, signed by Justice Shirley Watts, was not accompanied by an opinion, which is expected to be filed by the high court at a later date.

Counsel for McCollum did not immediately respond to The Daily Record's request for comment and bar counsel for the Maryland Attorney Grievance Commission declined to comment Wednesday.



## Maryland Daily Newsletters

Sign up for your daily digest of Maryland news.

By signing up you agree to our **Privacy Policy** (https://bridgetowermedia.com/privacy-policy/)

### Editors Picks (https://thedailyrecord.com/category/latest-news/editors-picks/)

Moore appoints new deputy chiefs of staff in continued admin shakeup
28/10/2025
(https://thedailyrecord.com/2025/10/28/moore-appoints-new-deputy-chiefs-of-staff-in-continued-admin-shakeup/)

Child Victims Act cases resume in Baltimore court after five-month pause
27/10/2025
(https://thedailyrecord.com/2025/10/27/child-victims-act-cases-resume-baltimore-court/)

MD comptroller to defer payments for furloughed federal workers during governmen[...]
27/10/2025
(https://thedailyrecord.com/2025/10/27/lierman-defers-tax-payments-federal-workers-shutdown/)

Moore announces new head of Dept. of Service and Innovation
27/10/2025
(https://thedailyrecord.com/2025/10/27/wes-moore-jonny-dorsey-service-agency/)

UMMS launches first-of-its-kind remote fetal monitoring center on East Coast
27/10/2025
(https://thedailyrecord.com/2025/10/27/umms-ai-remote-fetal-monitoring-nest/)





Commentary (https://thedailyrecord.com/category/commentary/)

Case 8:25-cr-00096-TDC     Document 26-12     Filed 12/23/25     Page 4 of 9

According to a plea agreement in U.S. District Court for the District of Maryland, McCollum admitted he failed to pay his federal individual income taxes for three years and did not pay employment taxes in connection with his law firm for nearly 24 years, totaling more than $2,395,000 in restitution.

---

**MORE FROM THE AUTHOR:**
- Legal educators raise concerns with NextGen bar exam: 'I'd rather not be first' (https://thedailyrecord.com/2025/09/02/nextgen-bar-exam-maryland-2026/)
- MD Supreme Court grants review of three cases for upcoming term (https://thedailyrecord.com/2025/08/26/maryland-supreme-court-appeals-rental-ip-contract/)
- 4th Circuit tosses ousted PG County judge's suit against former judicial colleagues (https://thedailyrecord.com/2025/08/25/4th-circuit-dismisses-ademiluyi-appeal/)

---

According to federal prosecutors, McCollum was the sole proprietor for his College Park law firm — which operated most recently as The McCollum Firm — from 1998 to 2024. Beginning in 2010, the IRS attempted to collect the firm's unpaid employment taxes and assessed the outstanding taxes against McCollum personally when it could not collect the taxes from the firm.

In 2020, instead of paying the taxes that were due, prosecutors say McCollum sought to thwart the IRS's ongoing collection efforts by transferring his business and its employees to a new entity, and continued to not file the requisite tax returns or pay the employment taxes after the transfer.

McCollum remains in good standing as a member of the District of Columbia bar, records show.

He is scheduled for sentencing on Sept. 29, where he faces a maximum penalty of five years in prison, plus a period of supervised release, restitution, and monetary penalties.

Tags: Maryland Supreme Court (https://thedailyrecord.com/tag/maryland-supreme-court/), tax evasion (https://thedailyrecord.com/tag/tax-evasion/), Attorney Grievance Commission (https://thedailyrecord.com/tag/attorney-grievance-commission/), Disbarment (https://thedailyrecord.com/tag/disbarment/), attorney misconduct (https://thedailyrecord.com/tag/attorney-misconduct/)

### Related Articles
- MD Supreme Court disbars VA lawyer for abusing courts, financial misconduct (https://thedailyrecord.com/2025/07/15/maryland-disbars-attorney-trust-misconduct-pisner/)
- Former government lawyer disbarred after child porn conviction (https://thedailyrecord.com/2025/08/18/maryland-supreme-court-disbars-david-edelstein/)
- MD bankruptcy lawyer disbarred for failure to represent clients (https://thedailyrecord.com/2025/09/09/maryland-bankruptcy-lawyer-david-mintz-disbarred/)
- Trustees for Walters Art Museum not subject to MPIA, MD Supreme Court rules (https://thedailyrecord.com/2025/07/30/walters-art-museum-mpia-ruling/)
- Top MD court rules general damages is proper in breach of investment opportunity case (https://thedailyrecord.com/2025/07/08/maryland-contract-dispute-general-damages-ruling/)

---

### Related Content

**MD Supreme Court grants review of three cases for upcoming term**

Maryland's high court will hear cases on rental licensing, IP evidence in a criminal…
**August 26, 2025**

(https://thedailyrecord.com/2025/08/26/maryland-supreme-court-appeals-rental-ip-contract/)

**4th Circuit tosses ousted PG County judge's suit against…**

The 4th Circuit dismissed ex-judge April Ademiluyi's appeal against Maryland's…
**August 25, 2025**

(https://thedailyrecord.com/2025/08/25/4th-circuit-dismisses-ademiluyi-appeal/)

**MD commercial tenant holding over ruling strengthens…**

Maryland Supreme Court ruling limits tenant holding over evictions, reinforcing…
**August 22, 2025**

(https://thedailyrecord.com/2025/08/22/maryland-supreme-court-tenant-holding-over-ruling/)

**4th Circuit narrowly revives union member's suit over alleged…**

The 4th Circuit revived a union member's lawsuit alleging union officers misused…
**August 20, 2025**

(https://thedailyrecord.com/2025/08/20/maryland-4th-circuit-union-funds-lawsuit/)

**4th Circuit rules provision of MD digital ad tax violates 1st…**

The 4th Circuit ruled Maryland's digital ad tax "pass-through" ban unconstitutional,…
**August 18, 2025**

(https://thedailyrecord.com/2025/08/18/4th-circuit-maryland-digital-ad-tax-ruling/)

**4th Circuit revives MD prisoner's excessive force claim against…**

The 4th Circuit revived a Maryland inmate's excessive force claim, citing disputes over…
**August 15, 2025**

(https://thedailyrecord.com/2025/08/15/maryland-inmate-excessive-force-4th-circuit/)



**Universities should not have to pledge to political powers**

No doubt universities have failings. But the cure is not to prevent the marketplaces for ideas and s[...]

(https://thedailyrecord.com/2025/10/21/universities-should-not-have-to-pledge-to-political-powers/)

**Letter to the Editor... veterans treatment...**

Listen to this article To the... have been promoting veter...

(https://thedailyrecord...editor-funding-sugges... courts/)

---

### More News (https://thedailyrecord.com/category/latest-news/more-news/)

 **Pressure builds on Congress to end shutdown; quick breakthrough appears unlikely**
28/10/2025

(https://thedailyrecord.com/2025/10/28/federal-shutdown-snap-benefits-paychecks-health-care/)

**Trump administration must restore grants for school counselors, judge rules**
28/10/2025

(https://thedailyrecord.com/2025/10/28/trump-school-mental-health-grants-ruling/)

 **Experts: Criminal intent will be key in prosecuting NBA player, coach in gamblin[...]**
27/10/2025

(https://thedailyrecord.com/2025/10/27/experts-criminal-intent-will-be-key-in-prosecuting-nba-player-coach-in-gambling-cases/)

**Judge rules immigration detention of Chicago man with daughter battling cancer i[...]**
27/10/2025

(https://thedailyrecord.com/2025/10/27/chicago-judge-rules-ice-detention-illegal-ruben-torres/)

**Trump administration: No federal food aid will go out Nov. 1**
27/10/2025

(https://thedailyrecord.com/2025/10/27/usda-snap-benefits-shutdown-november/)

---

### Networking Calendar

Submit an entry (/calendar-entry/) for the business calendar





PRESS RELEASE

# Maryland Attorney Pleads Guilty to Not Paying Employment Taxes

Monday, April 21, 2025

**For Immediate Release**

Office of Public Affairs

A Maryland attorney pleaded guilty today for not paying employment taxes withheld from the employees of his law firm.

The following is according to court documents and statements made in court: James E. McCollum Jr. was an attorney licensed to practice law in Maryland and the District of Columbia. From 1998 to 2024, McCollum was the sole proprietor of a law firm based in College Park, Maryland, which he operated using a series of business names, including McCollum P.C.; McCollum & Associates LLC; and The McCollum Firm LLC. Nevertheless, McCollum was always the sole owner and operator of the business.

As such, McCollum exercised financial control over the firm, including hiring and supervising employees, operating the payroll, and maintaining signature authority over the business bank accounts. From at least 2000 onward, McCollum was responsible for withholding Social Security, Medicare, and federal income taxes from his employees' wages and paying those funds over to the government each quarter. McCollum was also obligated to pay over the employer's share of Social Security and Medicare taxes.

The timely payment of these taxes is critical to the functioning of the U.S. government, because, for example, they are the primary source of funding for Social Security and Medicare. The federal income taxes that are withheld from employees' wages also account for a significant portion of all federal income taxes collected each year.

Over the last 24 years, McCollum, however, was frequently not compliant with his obligations to pay these taxes to the government or to file the necessary tax returns.

Beginning in 2010, the IRS attempted to collect the unpaid employment taxes, issuing numerous notices and levies to the law firm. When the IRS was unable to collect the outstanding taxes from the firm, it assessed them against McCollum personally and tried to collect them from him as well.

In 2020, instead of paying the taxes that were due, McCollum sought to thwart the IRS's ongoing collection efforts by transferring his business and its employees to a new entity, The McCollum Firm. Yet, even after the transfer, McCollum continued to not file the requisite tax returns or pay the employment taxes over. McCollum acknowledged that from 2000 through 2024, he did not pay over at least approximately $2,174,992.83 in employment taxes.

McCollum also acknowledged that he did not file his own individual income tax returns and did not pay $220,515 in individual income taxes due for the tax years 2020 through 2022.

The court scheduled sentencing for Sept. 29. McCollum faces a maximum penalty of five years in prison for the failure to pay over employment taxes. A federal district court judge will determine any sentence after considering the U.S. Sentencing Guidelines and other statutory factors. McCollum also faces a period of supervised release, restitution, and monetary penalties.

Acting Deputy Assistant Attorney General Karen E. Kelly of the Justice Department's Tax Division made the announcement.

IRS Criminal Investigation is investigating the case.

Assistant Chief Jorge Almonte and Trial Attorney Mark McDonald of the Justice Department's Tax Division are prosecuting the case.

*Updated April 21, 2025*

**Topic**

**TAX**

**Component**

[Tax Division](#)

Press Release Number: 25-411

## Related Content

---

**PRESS RELEASE**

**New Hampshire Business Owner Pleads Guilty to Filing a False Tax Return**

A New Hampshire woman pleaded guilty to filing a false tax return.

September 18, 2025

**PRESS RELEASE**

**Idaho Husband and Wife and Three Others Charged with Conspiracy to Commit Wire Fraud and Related Charges**

Two defendants made their initial appearance before a U.S. Magistrate judge after a federal grand jury in Boise, Idaho, returned an indictment charging five individuals with conspiracy to commit wire...

September 16, 2025

**PRESS RELEASE**

**Florida Businessman Charged with Tax Evasion**

A federal grand jury in Miami returned an indictment charging a Florida businessman with evading taxes on millions in income and filing false tax returns.

September 12, 2025

---

 **Office of Public Affairs**

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington DC 20530

 Office of Public Affairs Direct Line

202-514-2007

Department of Justice Main Switchboard

202-514-2000

SEARCH 🔍



NEWS ⌄    OPINION    SERVICES    ABOUT    CONTACT

# ATTORNEY JAMES MCCOLLUM RECOMMENDED FOR DISBARMENT IN DC AFTER GUILTY PLEA IN TAX CASE

Posted by **ALABnews Staff Writer** | Sep 8, 2025 | **DC-Washington**, **Maryland**, **News**, **State Level**



On Wednesday, August 27, 2025, the District of Columbia Board on Professional Responsibility recommended that James E. McCollum, Jr., a member of the District of Columbia Court of Appeals bar, be disbarred. The recommendation stems from McCollum's consent to disbarment, which he formalized in an affidavit executed on August 20, 2025. Disciplinary Counsel filed a motion to accept McCollum's consent pursuant to D.C. Bar Rule XI, ß 12(a) and Board Rule 16.1.

## SEARCH …

**NEVER MISS AN UPDATE: SUBSCRIBE TO THE ALABNEWS NEWSLETTER**

Email

SUBSCRIBE

**A JUDICIOCRACY PUBLICATION**

**ARCHIVES**

December 2025

November 2025

October 2025

September 2025

August 2025

July 2025

June 2025

May 2025

April 2025

The case is entitled "In the Matter of James E. McCollum, Jr.," with case number 2024-07678.

McCollum's consent to disbarment follows his **guilty plea** in Maryland for failing to pay employment taxes withheld from his law firm's employees. From 1998 to 2024, McCollum operated a law firm under various names, including McCollum P.C., McCollum & Associates LLC, and The McCollum Firm LLC, while maintaining sole proprietorship. As the sole owner, he controlled the firm's finances, including payroll and employee supervision.

McCollum was responsible for withholding Social Security, Medicare, and federal income taxes from his employees' wages and remitting these funds to the government. However, he frequently failed to comply with these obligations, neglecting to pay the taxes or file the necessary returns. Beginning in 2010, the IRS attempted to collect the unpaid taxes, issuing notices and levies.

In 2020, McCollum transferred his business to a new entity, The McCollum Firm, in an attempt to thwart the IRS's collection efforts, but continued to neglect his tax obligations. McCollum acknowledged that from 2000 through 2024, he failed to pay over at least approximately $2,174,992.83 in employment taxes. He also admitted to not filing individual income tax returns and owing $220,515 in individual income taxes for 2020 through 2022.

The Board reviewed McCollum's affidavit and found it compliant with D.C. Bar Rule XI, ß 12(a). Acting through its Chair, the Board determined that the disbarment should proceed. The Board has urged the Court to issue an order disbarring McCollum based on his consent, in accordance with D.C. Bar Rule XI, ß 12(b).

The Board also advised that McCollum be reminded of his obligations under D.C. Bar Rules XI, ßß 14 and 16 within the Court's disbarment order. These provisions include the requirement to file an affidavit under D.C. Bar R. XI, ß 14(g). The Board emphasized that the period of disbarment will not commence for reinstatement purposes until a compliant affidavit is submitted.

March 2025

February 2025

January 2025

December 2024

November 2024

October 2024

September 2024

August 2024

July 2024

June 2024

May 2024

April 2024

March 2024

February 2024

January 2024

December 2023

November 2023

October 2023

September 2023

August 2023

July 2023

June 2023

May 2023

April 2023

March 2023

February 2023

According to **Avvo**, Mr. McCollum was an employment and labor lawyer in College Park, MD. He acquired his law license in the District of Columbia in 1986.

A copy of the original filing can be found **here**.

SHARE:

---

**‹ PREVIOUS**

Attorney Allison Martinez-Wheeler Suspended by Indiana Supreme Court for Failing to Cooperate with Disciplinary Investigation

**NEXT ›**

Ohio Supreme Court Issues Show Cause Order to Former Judge Timothy Lee Nolan Over Kentucky Disbarment Related to Human Trafficking Conviction

## ABOUT THE AUTHOR

ALABnews Staff Writer

## RELATED POSTS



**Misappropriation of Client funds caused disbarment of Pittsburgh attorney before the Supreme Court of Pennsylvania**

February 22, 2023



**Former Knox Magistrate Ray Hal Jenkins Suspended from Practicing Law for Alcohol-Related Misconduct During Official Duties**

September 1, 2025



**Maryland Supreme Court Grants request to transfer attorney Ira Charles Cooke to disability inactive status**

September 4, 2023



**Falsehoods and Justice: When Ethical Lines Blur in the Legal World**

April 4, 2024

---

**FIND YOUR STATE**

January 2023

December 2022

November 2022

October 2022

September 2022

August 2022

Alabama

Alaska

Arizona

Arkansas

California

Colorado

Connecticut

Delaware

Florida

Georgia

SHOW MORE

ALABnews  Privacy Policy  Disclaimer    Copyright 2025 © Judiciocracy LLC